1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

FILED

MAR 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:06-CV-00246-OWW-TAG |
|---|---|
| Plaintiff, | DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| 2003 LAND ROVER, RANGE ROVER, VIN: SALME11443A132891, LICENSE NUMBER: 5BNH073, | |
| Defendant. | |

This matter came on for hearing on December 18, 2006, before the Honorable Magistrate Judge Theresa A. Goldner, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Stephanie Hamilton Borchers appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant vehicle to oppose plaintiff's motion. The Magistrate Judge has ordered that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.
2. Ray C. Sharpe and Richard Alexander Garcia are held in default.
3. A judgment by default is hereby entered against any right, title or interest in the

1

1 | 2003 Land Rover Range Rover, VIN: SALME11443A132891, License Number: 5BNH073,
2 | (hereafter "defendant vehicle") of Ray C. Sharpe and Richard Alexander Garcia.

3   4.   A final judgment is hereby entered, forfeiting all right, title and interest in the defendant vehicle, to the United States of America, to be disposed of according to law, including all right, title and interest of Ray C. Sharpe and Richard Alexander Garcia, subject to the interest of claimant Land Rover Capital Group, (hereafter "Capital Group") pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on October 31, 2006.

5.   Title to the defendant vehicle shall vest solely in the name of the United States of America, subject to the interest of claimant Capital Group.

6.   Pursuant to the Stipulation for Expedited Settlement and Order Thereon filed on October 31, 2006, claimant Capital Group shall be paid directly from the proceeds of the sale, after payment of outstanding expenses of custody and sale incurred by the U.S. Marshals Service, in full settlement and satisfaction of their claim, the following:

   a.   All unpaid principal due to Capital Group in the amount of $25,799.36 as of October 13, 2006, pursuant to the contract dated March 12, 2003.

   b.   All unpaid interest under the contract with a rate of 11.75% per annum, or $8.19 per diem, from October 13, 2006, until the date of payment.

7.   All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 27th day of March, 2006.

OLIVER W. WANGER
United States District Judge